IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BERRY ISAAC MORROW                                                                                              PLAINTIFF
ADC #143825

V.                                          NO: 5:10CV00286 JMM

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice with respect to Plaintiff's claims against the Doe rider, Doe guards, and Doe nurse; and with prejudice with respect to his claims against all other Defendants; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 2nd day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE